# EXHIBIT  C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TAKODA HLAVATY, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Civil Action No. 5:16-cv-000949-RP |
| | § | |
| INTEGRATED PRODUCTION | § | |
| SERVICES, INC. | § | |
| | § | |
| Defendant. | § | |

## AFFIDAVIT OF SHAUNA CLARK

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF COOKE | § |

Before me, the undersigned authority, on this day personally appeared Shauna Clark known to me to be the person whose name is subscribed below and who under oath did state the following:

1.     "My name is Shauna Clark. I am employed by Integrated Production Services, Inc. ('IPS') as the Division Director of Human Resources in Gainesville, Texas in the U.S. South Region. I am duly authorized to make this Affidavit and the matters set forth below are true and correct and are within my own personal knowledge.

2.     In my capacity as Division Director of Human Resources, I am familiar with the current employment policies and practices of IPS. I also have access to the employment policies and practices of IPS from previous years as they are kept by the Company in the ordinary course of business, including the IPS Employee Handbook.

3.     Pursuant to Company policy, a copy of the IPS Employee Handbook is given to Company employees to review at the time of their hire and any time the Employee Handbook is revised during the course of their employment.

4.     From at least 2013, IPS has maintained a 'Recording Worked Time' written policy and an 'Overtime' written policy in its Employee Handbook. The 'Recording Worked Time' policy provides that "hourly paid employees are required to sign their timesheet submitted to their supervisor each pay period for the hours worked acknowledging that the hours reported are true and correct to the best of their knowledge and inclusive of all time worked." Such policy

further states that "falsifying worked hours is a violation of company policy and will result in immediate termination."

5.    The "Overtime" policy provides in relevant part that "[an employee's] supervisor must authorize all overtime in advance." The policy further states that "working unauthorized overtime is against Company policy … violation of this policy will result in disciplinary action up to and including termination." The policy also provides that "overtime pay (one and a half times your hourly rate or applicable co-efficient overtime rate) will be earned after the employee works forty (40) hours in a work week."

6.    Exhibit 'C-1' attached to this Affidavit is a true and correct copy of the relevant excerpts from the 2013 IPS employee Handbook, which contains the above-referenced policies on page 5. Exhibit 'C-2' attached to this Affidavit is a true and correct copy of the relevant excerpts from the 2014 IPS employee Handbook, which contains the above-referenced policies on page 3. Exhibit 'C-3' attached to this Affidavit is a true and correct copy of the relevant excerpts from the 2015 IPS employee Handbook, which contains the above-referenced policies on page 3.

7.    The documents attached as Exhibits 'C-1,' 'C-2,' and 'C-3' to this Affidavit are kept by IPS in the course of a regularly conducted business activity. It is a regular business practice for an employee or representative of IPS with knowledge of the act, event, condition, or opinion to make such records. The records attached was made at or near the time of the occurrence of the matters set forth therein, or made reasonably soon thereafter, from information known or transmitted by a person with knowledge of those matters. The records attached are exact duplicates of the original.

Further, Affiant sayeth not."

EXECUTED on February 10, 2017.

SHAUNA CLARK

SWORN TO and SUBSCRIBED before me, the undersigned authority, on the 10th day of February, 2017.



Notary Public in and for the State of Texas

ROBIN BAUWIN
MY COMMISSION EXPIRES
September 16, 2019